UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

VERSUS                                                    CIVIL ACTION

JAMES M. LEBLANC, ET AL                      NUMBER 10-613-FJP-DLD

ORDER

Before the court is the plaintiff's Motion to For a Second Opinion From Another Medical Examination Facility. Record document number 46. The motion is opposed.[1]

Plaintiff filed a motion for an independent medical examination pursuant to Rule 35, Fed.R.Civ.P.

Rule 35 is inapplicable. That rule applies to a medical examination of another party, not a medical examination by the party invoking the rule.

The court has the authority under Rule 706, Federal Rules of Evidence, to appoint an expert witness, provided the witness consents, to conduct a medical examination. The purpose of Rule 706 is to allow "the appointment of an expert to aid the court," as distinct from an expert appointed for the benefit of a party. *See Hannah v. United States*, 523 F.3d 597, 600 (5th Cir. 2008).

Plaintiff has not shown that appointment of an expert would aid the court. The medical evidence already in the record is precisely the kind of evidence that an expert witness retained under Rule 706 would be expected to give. The district court is competent

---

[1] Record document number 47.

to evaluate such expert material. In the circumstances of this case, appointing a medical expert witness to examine the plaintiff is not warranted.

IT IS ORDERED that the plaintiff's Motion to For a Second Opinion From Another Medical Examination Facility is denied.

Signed in Baton Rouge, Louisiana, on May 17, 2011.

**MAGISTRATE JUDGE DOCIA L. DALBY**