UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DANNIE R. HAYWARD, SR. (#301013)

VERSUS

JAMES M. LEBLANC, ET AL

CIVIL ACTION

NUMBER 10-613-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling them in forma pauperis.

IT IS FURTHER ORDERED that the plaintiff's claims against Wayne Sullivan shall be dismissed pursuant to 42 U.S.C. § 1997e(e).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June 22, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47321